1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Cruz-Angulo

7              UNITED STATES DISTRICT COURT

8            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           )   Case No. 08mj0245
                                        )
11             Plaintiff,               )
                                        )
12  v.                                  )
                                        )   **NOTICE OF APPEARANCE**
13  **BRIGIDO CRUZ-ANGULO**,            )
                                        )
14             Defendant.               )
                                        )
15

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

17  Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

18  in the above-captioned case.

19                                              Respectfully submitted,

20  Dated: January 30, 2008                     *s/ Bridget Kennedy*
                                                Federal Defenders of San Diego, Inc.
21                                              *bridget_kennedy@fd.org*

22

23

24

25

26

27

28