AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08CR0462-LAB |
| BRIGIDO CRUZ-ANGULO | CASE NUMBER: 08MJ0245 |

I, __BRIGIDO CRUZ-ANGULO__, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/21/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Cruz Angulo B_
Defendant

_Bridget Kennedy_
Counsel for Defendant

Before _Barbara L Major_
JUDICIAL OFFICER



FILED
FEB 21 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY