# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR462-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Brigido Cruz-Angulo | ) | Booking No. 07057298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/1/08__
the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. __PROBATION 5 years__

_____
Larry A. Burns
UNITED STATES MAGISTRATE JUDGE
                     DISTRICT
                          OR
W. SAMUEL HAMRICK, JR.   Clerk
by
                         Deputy Clerk
                    T. Ukegham

Received _____
         DUSM

Crim-9 (Rev 6-95)                                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY